IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL MIGNELLA, III,

      Appellant,

 v.

                                     Case No.  5D21-2609
                                     LT Case No. 2020-DR-01438-0

VIRGINIA ANN PROX,

      Appellee.
_____/

Decision filed May 17, 2022

Nonfinal Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Michael Mignella, III, Oviedo, pro se.

No Appearance for Appellee.


PER CURIAM.


      AFFIRMED.


EVANDER, COHEN and WOZNIAK, JJ., concur.